**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VERONICA BURGOS,

        Plaintiff,

v.                                                  Case No.: 6:25-cv-22-WWB-RMN

MIDLAND CREDIT MANAGEMENT INC.,

        Defendant.
_____/

## ORDER

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled.  (Doc. 16 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  All pending motions are **DENIED as moot**.  The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on April 3, 2025.

*[Signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record